**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR PUBLICATION

Malcolm Xerxes Larvadain
Attorney at Law
626 8th St.
Alexandria LA 71301


**REHEARING  ACTION: March 30, 2016**


**Docket Number: 15   00884-CA**

**DEMETRIOUS R. FRAZIER**
**VERSUS**
**LUKE A. DIFULCO, JR., ET AL.**

**Appealed from Alexandria City Court Parish Case No. 127,110**


<u>**BEFORE JUDGES**</u>**:**

    **Hon. Sylvia R. Cooks**
    **Hon. Jimmie C. Peters**
    **Hon. James T. Genovese**



As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Demetrious R. Frazier** has this day been

    **DENIED.**
    Cooks, J., would grant the rehearing.


cc: Paul Mantle Lafleur, Counsel for the Appellee